UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

STEVEN HIRSCH INC.,              :

              Plaintiff,      :

                        :         24 Civ. 3768 (JPC)

      -v-              :

                        :         <u>ORDER</u>

EARL G. GRAVES LTD d/b/a BLACK ENTERPRISES, :

              Defendant.    :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     On September 17, 2024, the parties stipulated to extending Defendant's deadline to respond to the Complaint, Dkt. 1, to October 4, 2024. Dkt. 17. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 29, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 12, 2024.

     SO ORDERED.

Dated: October 15, 2024
      New York, New York                  _____
                                          JOHN P. CRONAN
                                United States District Judge